# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Felipe Correa**

**vs.**

**The Rector and Visitors of the University of Virginia, et al**

Action No:   3:24cv00065

Date:   4/23/2025

Judge:   Robert S. Ballou

Court Reporter:   Sindie Bragg

Deputy Clerk:   Kelly Brown

Plaintiff Attorney(s)

Tara Davis

Defendant Attorney(s)

Stephanie Karn
Harold Johnson

Amy Hensley-present as general counsel for UVA

PROCEEDINGS:
10:03
Parties present and represented by counsel.
Rule 16 Conference and Motion hearing:
[16] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and for lack of subject matter jurisdiction.
Order forthcoming.
Jury trial tentatively set for 4/13-17/2026 in the Charlottesville Division. Parties to confirm with Clerk.
Adjourned.
11:12


Time in Court:1 hour 9 min